FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:17-cv-1139-Orl-41DCI

JANAIDA AGRON,

    Plaintiff,

vs.

MAGIC BURGERS, LLC,
a Florida corporation,

    Defendant.

_____/

## COMPLAINT

Plaintiff, by and through her undersigned counsel, sues the Defendant, MAGIC BURGERS, LLC, (hereinafter, "Company"), and alleges as follows:

1. Plaintiff, a former employee of Defendant, brings this action to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq.

2. Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

3. The unlawful employment practices alleged herein occurred and/or were committed within this judicial district.

4. At all times material hereto, Plaintiff is/was a resident of this judicial district, an employee of the Defendant, sui juris and otherwise within the jurisdiction of this Court.

5. At all times material hereto, Defendant was the employer or former employer of the Plaintiff and is conducting business in this judicial district and is otherwise 'employer' under the FLSA.

6. At all times material hereto, Defendant was and continues to be an 'enterprise engaged in commerce' within the meaning of the FLSA.

7. The Plaintiff was hired as a non-exempt employee by the Defendant in March of 2015, and was paid $9.00 per hour in the position of manager.

8. During her employment, specifically from December 2015 through the end of March 2016, the Plaintiff would clock out, but would not be permitted to leave for 15-30 minutes to allow the system to shut down and restart for the overnight shift.

9. The first month of this off-the-clock work would occur on both Sundays and Mondays, whereas the following three months would be either Sunday or Monday.

10. Plaintiff also worked 20 hours of overtime for the Defendant for preparation of a district visit in April of 2016, that was completely unpaid.

11. Plaintiff also had to count her register before and after her shift, which was off the clock, and occurred every one of her shifts for approximately 15 minutes.

12. Therefore, the Defendant had Plaintiff, a non-exempt employee under the FLSA, work in excess of forty (40) hours per work week, but willfully refused to properly compensate Plaintiff for all such work in violation of the FLSA.

## COUNT I
## FLSA - COMPANY

Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 12 above.

13. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

14. By reason of the intentional, willful and unlawful acts of the Company in violation of the FLSA, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands judgment against the Company for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts.

Dated: June 16, 2017.

Respectfully submitted,

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, Florida 33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701