UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:17-cv-01139-CEM-DCI

JANAIDA AGRON,

       Plaintiff,

vs.

MAGIC BURGERS, LLC,
a Florida corporation,

       Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

The Plaintiff, by and through undersigned counsel, and pursuant to the Court's Order, hereby provide this Certificate of Interested Persons and Corporate Disclosure Statement, and certify that the following persons may have interest in the outcome of this case:

**1.)    The name of each person, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a Party:**

    (i)    Janaida Agron, Plaintiff

    (ii)    Chad E. Levy, Esquire, Plaintiff's counsel

    (iii)    Levy & Levy, P.A., Plaintiff's counsel

    (iv)    Magic Burgers, LLC, Defendant

**2.)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None.

**3.)** **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**
   None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: July 6, 2017.                    Respectfully submitted,

                                        Law Offices of Levy & Levy, P.A.
                                        1000 Sawgrass Corporate Parkway, Suite 588
                                        Sunrise, Florida  33323
                                        Telephone: (954) 763-5722
                                        Facsimile: (954) 763-5723
                                        *Counsel for Plaintiff*

                                        */s/ Chad Levy*
                                        CHAD E. LEVY, ESQ.
                                        **chad@levylevylaw.com**
                                        **Secondary: assistant@levylevylaw.com**
                                        **F.B.N.: 0851701**
                                        DAVID M. COZAD, ESQ.
                                        david@levylevylaw.com
                                        **F.B.N.: 333920**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 6, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      /s/ *Chad E. Levy*_____
      CHAD E. LEVY

**SERVICE LIST**

MAGIC BURGERS, LLC
11380 PROSPERITY FARMS ROAD, #221E
PALM BEACH GARDENS, FL 33410
ATTN: CORPORATE CREATIONS NETWORK, INC., REGISTERED AGENT